No. 92–7375.  SOLOMON *v.* UNITED STATES.  C. A. 5th Cir.
Certiorari denied.

No. 92–7379.  GARCIA-GIRALDO *v.* UNITED STATES.  C. A. 11th
Cir.  Certiorari denied.

No. 92–7383.  HARDESTY *v.* UNITED STATES.  C. A. 9th Cir.
Certiorari denied.

No. 92–7389.  GENTRY *v.* UNITED STATES.  C. A. 7th Cir.
Certiorari denied.

No. 92–7395.  KAMMERUD *v.* UNITED STATES.  C. A. 7th Cir.
Certiorari denied.

No. 92–7397.  HICKS *v.* UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 92–7402.  KOWEY *v.* COLLINS, DIRECTOR, TEXAS DEPART-
MENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, ET AL.
C. A. 5th Cir.  Certiorari denied.

No. 92–7403.  FRAY *v.* UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 92–7415.  MCGANN *v.* BIDERMAN ET AL.  C. A. 2d Cir.
Certiorari denied.

No. 92–7418.  YOUNG *v.* UNITED STATES.  C. A. 11th Cir.
Certiorari denied.

No. 92–7430.  SPINA *v.* UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 92–7436.  CALDWELL *v.* UNITED STATES.  C. A. 6th Cir.
Certiorari denied.

No. 92–7437.  BAILEY *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 92–7439.  KAYLOR *v.* BRADLEY, COMMISSIONER, TENNES-
SEE DEPARTMENT OF CORRECTION, ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 92–7445.  WILLIAMS *v.* UNITED STATES.  C. A. 7th Cir.
Certiorari denied.